1 | ED DUNLAVEY
NATIONAL PARK SERVICE
2 | Law Enforcement Office
P.O. Box 517
3 | Yosemite, California 95389
Telephone: 209-372-0243
4

5

6                      UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES GOVERNMENT,    )    CASE NUMBER:6:10-mj-00004-YNP
                        )
       Plaintiff       )
10                         )    STIPULATION TO CONTINUE
    vs.                )    STATUS CONFERENCE; AND
11                         )    ORDER THEREON
                        )
12 | MARTIN ANDERSON,           )
                        )
13        Defendant      )
  _____)
14

15      IT IS HEREBY STIPULATED by and between Susan St. Vincent,

16 acting Legal Officer for the National Park Service and Defendant,

17 MARTIN ANDERSON, and his Attorney of Record, Carol A. Moses, that

18 the status conference in the above-captioned matter currently

19 scheduled for March 2, 2010, be continued until April 6, 2010.

20

21 Dated: February 25, 2010    By: /S/ Susan St. Vincent
                                SUSAN ST. VINCENT
22                                 Acting Legal Officer for
                                National Park Service
23

24

25 Dated: February 25, 2010    By: /s/Carol Moses

26                                 CAROL A. MOSES
                                Attorney for Defendant
27                                 MARTIN ANDERSON

28

                                       1

1

\* \* \* **ORDER** \* \* \*

2      The Court, having reviewed the above request for a

3  continuance of the status conference currently set for March 2,

4  2010 until April 6, 2010, HEREBY ORDERS AS FOLLOWS:

5      1.   The status conference in the matter of U.S. v.

6           Anderson, shall be continued to April 6, 2010

7           at 10:00 a.m..

8  IT IS SO ORDERED.

9

10  Dated:   March 1, 2010                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2